United States Court of Appeals for the 11th Circuit. Hear ye, hear ye, hear ye. The United States Court of Appeals for the 11th Circuit is now open according to law. God save the United States and this Honorable Court. Good morning. We've had good experiences with Zoom oral arguments. One of the good things about it is that if we lose a connection we'll know it immediately because we'll see it. One thing I would like you to be mindful of is that if you're muted don't forget about that when it if it's time for you to speak. Mr. Cassell, I understand that you've split your time in half. We're going to ask questions sequentially in this format and I'm gonna try to make sure everyone has an opportunity to ask a question and I'll make sure that you have an opportunity to answer it but we're gonna try to be mindful of everybody's time this morning. If you would please please begin. Good morning Chief Judge Pryor and may it please the court. Paul Cassell for Courtney Wild. In 2004 Congress enacted the Crime Victims Rights Act to be a sweeping bill of rights protecting crime victims throughout the criminal justice process. The intent behind the act is well described in an amicus brief filed with this court by the Congressional Architects of the Act, Senator Feinstein and former Senators Kyle and Hatch. As they explained they enacted several provisions to the CVRA to ensure that courts would understand that it applies pre-charging. For example... Mr. Cassell I'm sorry I'm going to have to interrupt you. Ms. T said the clock is not running. Thank you. All right thank you. Go ahead Mr. Cassell. Yes so the Congressional sponsors added several provisions to ensure that courts would understand the act applies pre-charging. For example subsection c1 indicates that officers who are quote engaged in the detection, investigation, or prosecution of crime must accord victims their rights and that interpretation of the law extending it pre-charging makes considerable sense. If the law did not extend pre-charging then the careful bill of rights that Congress set up could be always circumvented by prosecutors and defense attorneys. As in this case they could simply negotiate a resolution of the case pre-charging and then victims would never know what had happened in their case. I guess the problem I'm having with your argument is that the question is of whether the act may impose some obligations pre-charge but whether there are enforceable rights for the victim pre-charge and it seems to me that your interpretation requires giving the word motion two different meanings in the same statute. If there hasn't been a charge filed yet it would operate as a civil action but if it's if there is a pending criminal action then it would then the word would be given its ordinary meaning and it would be a motion filed in that action. I've never seen an example where we do the interpret a word that way. Well you'd have to interpret the word that way under this law because the the circuit is previously held crime victims cannot intervene in a criminal case and so they cannot file a motion in the case they have to file a separate action. Well this statute gives them the right to do that. Well no one doubts that they can file a motion in a pending criminal action under this act. Well what the statute says in subsection d1 is that victims can assert their rights and then in d3 it again says they can assert their rights it uses the term motion as you mentioned but remember that the term motion is used I believe even in the same sentence with a provision that says rights can be asserted even if no prosecution is underway. Do you have a question? Well Mr. Castle I have some of the same concerns that were expressed by Judge Shoflat and his concurrence to the majority opinion the panel the prior panel opinion and I'm looking at subsection d6 of section 3771 the language reads nothing in this chapter shall be construed in here the prosecutorial discretion of the Attorney General or any officer under his discretion. Of course not everyone who enters into a non-prosecution agreement is as unsympathetic as the subject in this case. I mean Mr. Epstein was a pretty bad guy but you're asking the court will apply precedent that will apply in future cases that may not be as bad as this one but this is my question if we accept your reading of the act how does a US attorney enter into a non-prosecution agreement with the subject or target of an investigation who is cooperating and the cooperation requires confidentiality without which the safety of the cooperator might be jeopardized or the investigation might be compromised. Yes so in that situation it would be unreasonable for a victim to confer with the prosecutor about the details of that cooperation agreement at least at the point in the case where there was some issue about disclosing the identity of an informant or something along those lines that's precisely why notice that it was the only place where Congress added that word that's because Congress recognized that a conferral right could exist in situations where it might not be reasonable to allow a confer so the situation that you described would be very simply handled by saying it would be unreasonable to confer and remember the Fifth Circuit has been doing this now for 12 years they process 16,000 criminal cases a year and the issue that you've Mr. Cassell, I appreciate the work you do for victims. This case has taken a lot of turns since Ms. Wildhout halted in 2008. I just need your help in kind of getting oriented to where we are now. It's soon for me that she wins every legal and factual issue presented to any court from now till when this her win allow her to do. Her win allows her to assert and have her rights under the Crime Victims Rights Act so let's assume you remanded the district court the district court agrees with us that the illegal non-prosecution agreements provisions giving immunity to co-conspirators needs to be rescinded then she has an opportunity to confer with prosecutors that's all we're asking for. I mean Judge Wilson is right to be mindful of issues involving prosecutorial discretion but the only thing we're asking for in this case is a conferral with prosecutors. Ms. Wild can be very persuasive about why charges should be filed in this case and that's the opportunity that Congress gave her in the CBRA and that's the opportunity that she's entitled to enjoy under the Crime Victims Rights Act. And at this point we're talking about the co-defendants, right? Okay, thank you. Judge Pryor. Mr. Cassell, the language that I find most problematic for your interpretation is in section 3771B entitled rights afforded and I'm wondering why the language in any court proceeding followed by rights described in subsection A, why does that mean that crime victims don't have any CBRA rights in the court proceedings? Well that provision in B1 needs to be read in conjunction with D3. D3 says even if no prosecution is underway victims can assert their rights and they would do that by filing some kind of an action ancillary to a criminal proceeding and once they have filed that action then within that action they file various motions. That's exactly what happened in this case. We filed a petition of asserting rights and then ultimately filed a motion for summary judgment and a motion for remedies. All of those, by the way, you'll notice in B1 would be involving a crime committed against the victim. It doesn't say involving a court proceeding or a prosecution or charges that have been filed. They all involve a crime and that's why Congress very carefully drafted this act. Good morning, Mr. Castle. I sort of emptied my barrels on the interpretive issues in the cases you know. I've got a practical question that picks up on Judge Wilson's question about prosecutorial discretion. Can you explain to me how a pre-charge interpretation actually works in real practice? It dawns on me that because crime victim is a defined term, meaning one who is proximately harmed as a result of a federal offense, that in a pre-charge world the first thing that a district court has to do is to determine whether or not the person before him or her is a crime victim and thus whether a federal offense has occurred. How can it be that it wouldn't impair prosecutorial discretion to determine in advance, literally to pre-judge whether a federal offense has occurred before a is ongoing? Well the way this works in the real world is that under the VRRA, the Victims Rights and Restitution Act, a federal officer is responsible for making a determination at the earliest possible point in an investigation who the victims are and that's why this issue has just been so rarely litigated even in, for example, the Fifth Circuit. But it seems to me that that is quite different from a judge determining in advance that a federal offense has in fact occurred. To make that determination, won't a judge have to convene a hearing, have witnesses, introduce documentary evidence, all in advance of a charging decision? That just seems cart before the horse to me. No, that will not happen and you need look no further than this very case. Remember in 2006, prosecutors in this case determined that Ms. Weil, for example, was a victim of a federal crime. They even sent her a letter to that effect. Again, again, I take your note. Sorry, go ahead, go ahead. I was gonna turn it to Judge Branch. Yes, Mr. Consell, I'm not sure you had enough time to fully address the Chief's question about whether it's troubling that we would look at motion in two different contexts and I wanted to give you that opportunity. Thank you. I think you can look, for example, at Judge Hall's persuasive dissent which talks about the term motion and explains how there's a common sense interpretation of that word. Remember that once a victim asserts a right, they would be doing that by filing some sort of an action as we did in this case and then once that action is docketed, you would file motions in the case to assert particular rights. That's exactly what happened here and what exactly what would happen ordinarily. I think it's important to understand some of the arguments of the government assume that there's a sophistication of someone to determine whether circuit splits are breaking in various ways. This act was designed to be interpreted by crime victims, most of whom will lack legal counsel, and that's why you have to give each of these terms a common sense interpretation rather than some hyper technical interpretation that might work for lawyers. I don't have any questions myself, but counsel, if you would address what I was saying about Judge Newsome's question of where he was going of in a case not like this one where someone thinks they are a victim but no letter has been sent and the government hasn't identified someone as a victim, how someone would initiate the lawsuit and how it would be determined that they were a crime victim. I think that's what Judge Newsome was driving at and you could address that question and I'm sorry if I'm butchering your question. No, thank you. I think I understand the question and I think it revolves around the rights that is that issue. If there's a right to fairness, the right to fairness says that the government must treat victims with fairness so that presupposes treating or an interaction between a government official and the victim and that's what the court would look at. With the right to confer, it says the right to confer with an attorney for the government in the case and as you know we adopt the approach of Judge Hull's dissent and say look the right to conferral exists when there has been a completion of an investigation, an attorney has been drafting charges and negotiations are moving forward between a defense attorney and a prosecutor. In that limited situation, it's very easy to determine what kinds of charges are at issue and to make that determination. That's why these issues have not arisen in the first place for a long period of time. Judge Lugo? Hi, good morning Mr. Cassell. I just had a quick question following up on Judge Martin's question which is what does her win allow her to do here? Your answer was it would allow you to confer with the government but hasn't your client already done that in the Southern District of New York with the government? Absolutely not and this by the way is a red herring that the government keeps throwing out which is frankly somewhat frustrating. Ms. Wild was sexually abused in the Southern District of Florida. Prosecutors in the Southern District of New York have no authority to prosecute for example the sex trafficking crimes under 1591 that were committed against Ms. Wild in another jurisdiction. She wants to talk to prosecutors in Florida about prosecuting sex offense crimes that were committed against her in the Southern District of Florida and she can't do that because it's the position of the U.S. Attorney's Office for the Southern District. Does she want to speak to them about the crimes that were done to her by Mr. Epstein or by unalleged co-conspirators? Alleged co-conspirators. Okay, thank you. Judge Brasher? I just I would appreciate it if you would respond to what I kind of view as the second question that we presented and the government's argument that there may be some right um that the victim has pre charge but there's really no statutorily created judicial remedy for a violation of that right and if there is a remedy it's through this administrative process that was established in the statute. Well, the administrative process does absolutely nothing for Ms. Wild. Even the Justice Department's own website says that. That's why Congress very carefully set up an enforcement mechanism in subsection D. D. One says that victims can assert their rights. Right. Even if no prosecution is underway. And so that's exactly what Ms. Wild has done here. She's asserted her rights and uh indeed the district judge in this case has found exactly what would happen on a remand. But you're alleging you're alleging that the prosecutors engaged and I mean frankly you're alleging prosecutorial misconduct here in a willful violation of the statute. And so why isn't the remedy not? Well, she gets an opportunity to talk to these people, but the remedy would be that they get fired, right? And that would be something that you would get through that administrative process and not through a judicial process. That's a non prosecution agreement have all left government employment. So uh and it would all judge chauffeur questions. Judge Hull. I have a record question. Mr Cassel. This goes to the terms of the agreement in September 2007 and it goes to Judge Martin's question and others about the remedy here. The agreement grants full federal immunity to four named conspirators and all other conspirators of Jeffrey Epstein with regard to and list about 30 crimes in the southern district. Is that correct? That is absolutely correct. And one of the request was that those co conspirators uh never cooperated, never talked to the government, never did anything. But yet they were granted full immunity for all of their crimes. Is that correct? That's absolutely correct. And Miss Wild never had a chance to describe what those co conspirators have done. And in fact, the government can still do that after they talked to Miss while, as in any of these cases, they can make whatever decision to indict, not indict whatever they want to do. We are absolutely correct. We are asking for enforcement of their rights. Not thank you. Okay. Um, Mr. So you've saved 15 minutes for rebuttal. We're gonna hear from Miss Steinberg. May it please the court. My name is Jill Steinberg and I represent the United States. Even if the law did not require it, the United States Attorney's Office in Florida should have communicated to Miss Wild in a transparent and straightforward way. Although we are sympathetic to Miss Wild and apologize to her for what happened, her legal arguments are text structure and purpose within a comprehensive legislative scheme to safeguard victims rights so that the C. V. R. A. Does not attach until the government has filed charges against the defendant. And even if certain C. V. R. A. Rights did apply pre charge, the statute does not authorize a district court to do what she asked for here. The panel majority and concurring opinions recognize several dangers of the petitioner's interpretation of the C. V. R. A. To pre charge investigative activities. That danger is even greater if victims are allowed to bring lawsuits against prosecutors and seek discovery while the case is under investigation. This would interfere with prosecutorial discretion and harm efforts by law enforcement to bring charges and obtain convictions against individuals such as Mr Epstein. Judge Hull, do you have any questions of the government? All right, you're gonna start with me. I said we would reverse. All right. Thank you, Chief. Miss Steinberg. Um, I have a record question to you, and I just want to make sure, um, I understand. First of all, an oral argument. The government conceded that all of these co conspirators never talked to the government. They never did anything at all to obtain this immunity agreement that was conceded in oral argument. You remember that? I don't remember talking about whether the co conspirators cooperated or not. I don't myself have knowledge of what I have a footnote in my dissent about that, and you don't dispute that. We don't dispute any of the underlying facts here. There's no material fact at issue before this court. There was no conferral with Ms Wild about the non prosecution agreement in any in any respect, whether it had to do with Mr Epstein or any of this. And also I'll make it clear the negotiations with Mr Epstein's various defense counsel took literally months. There were months of negotiations, and the victims during that time were not spoken to at all. We're not talking about them getting documents or doing anything. The largest provides you agree that they have a right to confer, right? A reasonable right to confer. We agree that the facts are what they are. Um, there were a series about there would be no request for documents doing the right to confer. It's just a reasonable right to confer. They get a right to speak to the prosecutor to know what's going on. That's all. Is that correct? The statute provides them with the right to confer. The request for documents has arisen because Ms Wild has been authorized, at least now, at this point, to pursue a civil cause of action against the request for documents as part of the remedy for the violation of the right to confer. But if you interpret the statute as written, it only provides her a right to confer that the government is obligated to. Is that correct? I know you. I respectfully disagree with whether document part of it, whether, excuse me, whether it's pre charge or post charge, she still has a right to confer, right? I respectfully disagree with the part with respect to the documents. The documents were produced in liability portion of the case. There has been no remedy that has been determined yet. No question. Okay, Judge Brasher, have you or anybody else from the government talked to representatives of Miss Wild about this case or about this non prosecution agreement? Yes, we have. So you have conferred with representatives of Miss Wild about this case? We have been talking to Mr Cassell and Mr Edwards since the genesis of this case, and we've made efforts to confer with them. There have been other members of the Justice Department who have also had discussions with them about various aspects of the case that I think that was briefed in our first round on to the court. And so there have been a number of discussions with counsel about the case by various members of the Justice Department. Let me ask you a question about, um, so this wasn't highlighted in your brief to us as an en banc court, but it was mentioned and discussed in the panel opinion. Um, that's the Office of Legal Counsel's memo about interpreting this statute and also your regulations, the Department of Justice regulations about interpreting the statute. If we were to determine that this was an ambiguous statute, would we have to defer to the memo or to the regulations that the Department of Justice has passed pursuant to notice and comment? I don't know that the O. L. C. Document is something that would be relevant to that particular question. I think the oil C. Document is indicative of the fact that even post Dean, the Justice Department, the statute as applying after a charging document exists and a court proceeding is underway. I think the statute does allow a victim to avail herself of the administrative remedies through the department. Um, and that's that's the option that the Seabury gives her. If this court were to determine that it applied pre charge, and even if it was simply post charge, um, then that is also her remedy. If she can't avail herself of the other remedies that are provided specifically in the staff judge, um, go up. Uh huh. Judge Lagoa. Thank you. You're frozen. Hold on. Let's stop the clock for a moment, Stephanie. I just look at what? Thank you. I apologize. My question is not that interesting to have waited for me. Go ahead and ask it. All right. Let me compose myself. I'm sorry. Um, the statute in question defines a crime victim, but it doesn't define accused. The ordinary plain meaning of the definition of accused is a person charged with or on trial for a crime. Uh, in this case, uh, there was no charging document that was brought. Was there? So how can we interpret this statute in a way that requires the government to have to notify a victim prior to an accused being named? I think the statute would have to be changed. The way it's currently written is it's geared towards a post charging events, and the first listed item is, of course, um, protection from an accused as opposed to the V. R. A. Which is talking about a suspected offender. So when you look at the entirety of the legislation that sort of covers the gambit of victims rights, you see the contrast between the V. R. A. Which is talking about the whole course of events from investigation to conviction to sentence versus the C. V. R. A. Which is talking about the time that a person is charged, um, through the conclusion of the case. And so when you look at those two things together, I think you kind of see clearly why it is that the C. V. R. A. Sort of fixed into the pack into that picture at that time. Yeah. Good luck. Why isn't the motion remedy a private remedy? Um, and I'm specifically referring to the second question beyond bond court. So I know that in your brief, you talk about the administrative remedy is being an alternative remedy. But here the statute under D three or two specifically authorizes its motion for relief. Um, and whether it's in the course of an ongoing proceeding, whether it's a separate proceeding itself, is that not a private remedy that specifically authorized by the statute? Well, I think the statute contemplates is that the victim is going to make a motion in an ongoing criminal case to avail ourselves of the remedies that are listed in five. Let's assume that's true. Let's assume that's right, that it could only be an ongoing proceeding. Is that not still a private remedy? Whether it's in an ongoing proceeding or something else? Is that not a mechanism for a private person to assert rights that are granted to them by the statute? And again, suit for the moment that the statute applies right? Yeah, no, I mean, that's true. I mean, she is not a party to the criminal action, but the C. V. R. A. Authorizes a victim in these limited circumstances to assert emotion in an ongoing criminal case for the remedies that are outlined in statute, but nothing more. So you would agree that that is a private remedy for that's authorized by the statute under the framework you just said, which is it applies once there is a proceeding and it must be asserted in a proceeding. Correct. Judge Branch. Yes, Miss Weinberg. Um, in 2006 and 2007, the U. S. Attorney's Office sent letters to the victims in this case, notifying them that they have rights under the C. V. R. A. And those letters listed all of the rights that appear in 3771 A. And in September of 2007, Mr Epstein signed the non prosecution agreement in November of 2007. U. S. Attorney's Office corresponded with Mr Epstein's lawyers that the United States is a statutory obligation to notify the victims of the anticipated upcoming events and their rights associated with the agreement. Again, in November of 2007, the U. S. Attorney's Office sent a draft victim notification letter to Mr Epstein's lawyers for their review. This letter purported to notify these victims of the plea deal. In December of 2007, the U. S. Attorney's Office once again wrote to Mr Epstein's and in 2008 of January of 2008, U. S. Attorney's Office wrote to the victims, explaining their rights under the C. V. R. A. And asked for their patience as this case was under investigation. Now you say that now the government says that these victims have no C. V. R. A. C. V. R. A. Rights. What? I think what changed is really the I guess clarity of the issue. Uh, looking at the record, we do not dispute that those facts are correct. We don't do any material issue that's before this court. I think if you look at the record, what the A. U. S. A. Explained is that she wanted to give his broad protection on to the victims as possible. And unfortunately, in doing so, I think people might have felt misled. People like Miss Wild might have felt misled. But in terms of what the strict requirements are of the C. V. R. A. That never changed. And so I think it's sort of a learning lesson for people in my position to be careful about what it is that we say and distinguish between policy and what we want to do is good human beings and what it is that the law requires. So there is clarity throughout that Bloomberg. I want to ask you a question about your new subject matter jurisdiction argument. Um, isn't Mr Castle pretty clearly? Is it? Cassell? I'm so sorry. Is it Cassell? My mistake, Mr Cassell. Um, pretty clearly correct that your interpretation has some pretty bizarre implications in the sense, for instance, that in 2014 we plainly had authority to entertain a mandamus petition. And then suddenly, in 2015, with the introduction of an amendment that all agree was intended to enhance, if anything, victims rights, we lose that authority. And then, secondly, as he points out under your interpretation, your subject matter jurisdiction argument, there would be no authority ever to entertain a mandamus petition pertaining to a violation of an alleged violation that occurred in the course of a habeas proceeding where no one is, um, actively being prosecuted with respect to the first component of it. I don't think that we agree that the 2015 amendment changed anyone's authority because it's always been our position that you need to have a criminal proceeding, a charging instrument and a subsequent criminal proceeding. Well, right. I want to point from the jurisdictional point. Your merits point is she could have brought a mandamus petition and she would have lost. By virtue of my writing at the panel stage, it'll come as no surprise to you that I happen to agree with you about that. But as to the jurisdictional piece, it's a different thing to say she couldn't even have brought it. And what you're saying with respect to subject matter jurisdiction is she couldn't even have brought it post 2015, or at the very least, we couldn't have entertained it. And that just seems odd. And I understand that perspective. But I think what we're trying to highlight is we felt the need to bring the jurisdictional issue to the court once we recognized it. But it was almost just as important that it continued to support the proposition that we've advocated for from the beginning is that the statute is really focused on events that happened post charging. And it's true that the jurisdictional provision isn't entirely logical, nor do I think is Mr. Cassell's retort. But I think what it all goes to is sort of that underlying proposition, which is that the CVRA is pointed towards post charging events. Judge Joe Prior. Let me explain the government's position that there's only one forcible remedy and proceedings are underway. With the remedies referred to in D five, referring to reopening the plea sentence. I'm sorry that I had a hard time hearing your question on maybe the connection. I apologize. I'm sorry, I was asking you, the government's position that enforceable remedies are limited to the period of time and proceedings are underway. How do you square that with the remedies referred to in D five, the motion to reopen a plea of sentence? Well, if there is a criminal proceeding underway, then that means there will be some kind of entry of a plea at some point, you know, certainly in most cases, and then there'll be a subsequent sentencing. And at that point, a victim would be able to move to reopen the plea or sentencing if she has met the requirements. And so the existence of those remedies in the context of a court setting, we think reinforces the overall thrust of the CVRA, which is to exist and to be enforced in a post charging environment. And what about D three, where there's no prosecution underway? How do you square that with what I'm doing? The best reading of the no prosecution underway is first to take the statute as a whole. As Mr. Cassell said, you can't just piece out one item, you have to look at the statute in its entirety. When you look at the statute, it's in its entirety, whether it's the list of rights, whether it's the fact that a proceeding involving and offensing it's a victim, when you look at the enforcement provision, which is all about resentencing, or reopening a plea agreement, all of this is pointing towards an ongoing proceeding. And you have to take that in that context. We also agree with the majority of panel opinion that prosecution is not also just a charging document, it's a charging document, plus adversary criminal proceedings that follow it. And that's what sort of distinguishes that particular phrase from the phrase that immediately precedes it, which is assuming that a prosecution is underway. And so we think that's the best reading of that provision. Judge Martin. Thank you, Mr. Hamburg. I was glad to hear you say that the government has apologized to Ms. Wild. But I wanted to just bear down on one point. My understanding is that one of the things that she found offensive was that the charge that Mr. Epstein ultimately pled to might have indicated that she was a prostitute. Has the government affirmatively acknowledged that that is not true, that to the contrary, she was a minor who could not consent to sexual contact? And, you know, would you be willing to apologize for that as well now? Well, I could not agree with you more. She's not prostitute, minors cannot consent to sex. That's the department policy. That's the law. And the only reason why it is that he entered a plea to that charges because that was a charge under state law. It's not a charge under federal. Can I can I just follow up real quickly, you mentioned, you know, what we want to do is good human beings. And I know you have a victim witness employee in your office. I mean, what would stop you right this minute from going to Mr. Cassell and saying, what further consultation do you want with regard to the codefendants? I mean, why can't you do that? That that's happened. But it's it's his position that with with the agreement in place, the NPA in place, that the conferral is meaningless. And I don't whether I agree or don't agree, it's not up to me to decide. But that's the position that he's taken. And so the conferral hasn't really gone anywhere from their perspective. Judge Wilson. Well, if there has been conferral, why do we still have a case for base? We agree with the district judge said they have rights under the Crime Victims Restitution Act. I think it's subsection eight five, but can't determine that the case is moot because Mr Epstein committed suicide. So if there has been conferral, why is it? Why is it? Why do we still have a case of controversy? Oh, we agree with that. And that was the first argument that we raised in the initial set of briefs is the fact that in the course of this case, the case that arises of the Southern District of Florida that the Northern District took over, we have made a number of efforts to confer. And as I indicated, the conferral was deemed meaningless by the petitioner and her counsel because the NPA was still in place. And so they insisted that they needed the remedy of rescission and basically, we're not going to engage on the conferral. And so that's the position that they've taken. And there's, there's really not much else that we could do. And then with respect to the New York case, of course, Mr. Epstein was charged there. He was charged with a conspiracy and substantive sex trafficking for events that happened during this same period of time in New York and Florida. And no one is really denied the fact that New York has done absolutely everything to comply with the CVRA. And Mr. Cassell said what they did was a model for CVRA compliance. And so that was our sway for the panel. But we certainly thought it had merit, which is why we raised it. With regard to the remedy of rescission, if it's available, it's clear that the non-prosecution agreement was never presented, it was never presented to the court to begin with. It's not a plea agreement or a deferred agreement. It's a non-prosecution agreement, which doesn't require judicial intervention. Is my understanding about that correct? Yes, it is. Do you have any of the further? Okay, thank you, Judge Wilson. I don't have any questions of the government. Um, Mr Steinberg, you can continue if any other judge has a question. Chief, I'd like to ask one brief question of Mr. Steinberg. Let's focus on the time after the N. P. A. Was executed. Uh, the major term of the N. P. A. Was that Mr Epstein plead guilty in state court to salute. It was prostitution of a minor. One of the crimes was prostitution of a minor. Is that correct? Yeah, that's the crime under state law. Right. I understand. But the crime was prostitution of a minor. That was one of them. I think he had to enter a plea to two different senses. My record question is so the N. P. A. Has been executed, and the major term was that he pleaded state court to two charges, and that didn't happen until 78 months later. Is that correct? In July of 2000 and eight helped me with the prosecutorial discretion of that Judge Wilson talks about and others. And if I after the N. P. A. Is fully executed, the government could not turn over a copy and give a copy of the N. P. A. So the victims they could tell where they don't have to give him a copy. They could tell the victims who constantly inquired. We've done a N. P. A. He's gonna play in state court so that they could have gone to the state court judge if the victim so chose and say, Please don't accept this play. So is there any reason why you could not have have told the victims after you execute the N. P. A. In September 2000 and seven all the way to win? The plea was taken in 2000 and eight. Why did the government not only not tell the victims but misrepresent thing? Respectfully, I'm in a bit of a disadvantage because I was not the decisions. I can only rely on what those people have said in the underlying litigation and the position that they took is that until Mr Epstein actually fulfilled his part of the bargain and pled guilty, the N. P. A. Had not been fulfilled, and the investigation continued until the very moment he stepped into that courtroom. All right, but nonetheless, under the conferral, the so called prosecution has been resolved. The prosecution discretion has been exercised. They've come up with agreement. Why under the statute, would you not confer at that point in time with the victims to tell them the status of the case? I think there are two parts of that answer. The statute requires that there be a case which is defined as something beyond an investigation. If it included an investigation, then, of course, the statute could have said investigation, but it talks about a case. And when a person is looking at whether the C. B. R. A. Applies, it would make sense for them to see. Is there an actual case on file? And who's the attorney of record for that case? That's the most logical way to construe it. And that's how also someone would determine whether or not there is an actual federal offense. What is that federal offense? Am I a victim of it? That kind of brings me back to the question that I had posed to Mr. Cassell, which is, are you aware of any statute where a federal court has interpreted the word motion to mean two completely different things in the same text? That is, on the one hand, if there's a pending criminal action, the word would be given its ordinary meaning. That is, it's a motion. And if there isn't a pending criminal action, then, as I understand the other argument, the argument against your position is the word the word motion would take on a completely new meaning and would operate as a pleading that commences a civil action where I guess the federal rules of civil procedure would apply. And and the defendant, who would be a party to the criminal action, would not be a party to this action. But nevertheless, the court could be entertaining a determination about whether an offense has occurred and whether this person is actually a crime victim. Have we? Is there any instance where, contrary to the presumption of consistent usage, we give that same word two different, completely different meanings depending on the facts? I'm certainly not aware of of any instance in which that would happen. And I think it's necessarily the case that if someone were to initiate a separate action by any name, whatever, if it's a motion or petition, you know, give it whatever name, you know, one would choose for it, the court necessarily has to conduct an adversarial proceeding to determine if the elements of the CBRA are met. And that means determining whether there is a federal offense. Once you determine what a federal offense is, figuring out who the victims are, that from agents deposing them, producing discovery. And that is exactly what has happened here. 12 years later, we still haven't resolved this. And so this is exhibit a as to what it is that could happen. Let me ask you a question to follow up. I want to judge branches questions about the change in position in this case. It was my understanding that the Office of Legal Counsel issued its memo interpreting this statute and saying that it doesn't apply pre charge in 2000 and 10. Is that right? Yes. And so that was after the line attorney sent these letters. Yes. And so if we were to care, I mean, just explain the way the Department of Justice works. If we were to look at what the Department of Justice thought on this, which one should we look at? Should we look at the one that the line attorney what they said? Or should we look at what the Office of Legal Counsel said in its opinion? Well, just again, just sort of to reflect what it is that might have been on the minds of the lawyers in Florida. They did send those letters indicating, you know, that the victims had those rights. When Ms Wilde filed her petition, the first thing that that office argued was that the C. V. R. C. V. R. A. Did not attach pre charge. And so that office always took the legal position that the very same position that we're taking today in the same position that all C took in December of 2010. I think what went wrong is in an effort to provide the most broad range of rights and to be as inclusive as possible again, in the sense of, you know, just trying good policy. Here's a good human being to do the best that they could for the victims. They aired in making a representation that was technically not true. Well, the lawyer who the lawyer who sent that letter, she thought they were gonna prosecute Epstein, right? I that was her assumption that he was gonna be prosecuted. Yeah, there's a lot of things that are really peculiar about this case. Undoubtedly. Can I? Can I follow up on Judge Brasher's question? I'm looking at the O. L. C. Memo now, and it refers in the second paragraph to an earlier preliminary determination in 2000 and five. It says, See email to Rachel Brand from Luke Sabota. Um, preliminarily concluding just as the final conclusion sort of does not apply pre charge. So it seems to me that there is a bracketing. There's in 2000 and five. There is a preliminary determination that the act does not apply pre charge. Then you have these victim notification letters from line lawyers, and then you have in 2000 and 10, a more formal resolution of the issue by LLC. Is that chronology correct? That that's I've read it as well. I haven't seen that email that's being referenced, but it is certainly my understanding that the legal position of the department has always been the same. And the attorney general guidelines that regulate our behavior, um, also indicate that the C. P. R. A. Attaches post charge. But that is prosecutors. We should always do our best to go above and beyond. And I think that's what was happening here. Um, and, you know, sometimes in going above and beyond, maybe, um, you know, we need to be more careful about why it is that we're doing what we're doing. When someone has good intentions, they could kind of turn against the sniper. Judge Luck. I'm sorry, Judge Branch. Go ahead. Go ahead. Miss Steinberg. Just one point of clarification. You said the line attorney made these decisions, but these letters were going out under the name of the U. S. Attorney for the Southern District of Florida. Alex Acosta. Isn't that correct? I'm sure his name was on there just because that's how our letters work. We often have our U. S. Attorney listed on our correspondence. Um, that doesn't necessarily mean the U. S. Attorney has read them. Um, but that I wouldn't surprise me if his name was on there. Yeah, um, I want to ask about the mootness issue a little bit. So your position in your brief, I think, is that conferral has happened in the New York case. And what I heard Mr Casell say, um, his presentation is that the New York case is completely separate from what happened to this criminal act in Miami or in South Florida. Correct me if I'm wrong. The New York case involved a large scale conspiracy over a number of years involving sex trafficking. Is the Is it the position of the Department of Justice? And is it part of the New York prosecution that it encompasses all the activities that happened in Miami? And if so, how does that impact the conferral rights? Well, the New York case indictment on its face when you read it, it talks about conduct in Florida, and two of the victims, not by name, are identified as Florida victims. And so the conspiracy is broad. It covers a number of years that includes the same years as the Florida case and includes victims and happenings in Florida. And so that's that's true. And then with respect to the argument that you cannot prosecute a person for I mean, it's a sex act that occurs in another jurisdiction that that's not true. That's just legally untrue. 1591 is not just about that act. It's about the procurement, um, as one of the verbs is, I believe, or obtaining a for an act of sex trafficking. And so it's not just where the act happens. It's also the facilities of communication and the events that occur that lead up to those events. And I mean, that's just the nature of a federal prosecution is it'll often be something that can be prosecuted in multiple districts. Okay, Miss Steinberg. Um, thank you. Um, we're gonna turn now to Mr. Cassell. Mr. So I don't have any questions, so you just go on. You need to be unmuted. Remember the warning I gave you? Thank you very much. Yes, let me if I could just respond to your point about using the word motion in two different senses in the same statute. Take a look. If I could direct your honor's attention to D three. That is where it says that a opportunity for assertion also extends to situations where no prosecution is underway. The government has explained how what how that can be read in a very plausible way that gives the word motion. It's ordinary. Well, it cannot with all due respect. Their answer doesn't work for situations where no prosecution is underway. The second sentence in D three says a right when no prosecution is underway. By definition, that will require being that a charge hasn't been found. It means that well, no prosecution underway. The ordinary meaning of that term would be no prosecutions underway. There is no prosecution. That is a court case prosecuting someone in which the victim could file an action. Um, and so the term motion must by definition operate in a way that allows a victim when no prosecution is underway to assert her rights. Judge Wilson. So, Mr Castle, if I understand your your argument, you interpret the Crime Victims Restitution Act to permit a crime victim to sue the United States being investigated. Is that is that your argument? Not to sue the U. S. Attorney, but in the words of Section D three to assert their rights to, for example, confer to be treated with fairness. How do you get into federal court without bringing a lawsuit against the United States Attorney? Will you file as we did in this case? We never filed a lawsuit against Alex Acosta. We filed a petition to enforce Miss Wild's rights, and the government never argued that that was somehow a defective procedural vehicle for asserting rights. In fact, I think we heard Miss Steinberg this morning say that the Crime Victims Rights Act presupposes that there will be enforcement actions that victims necessarily have to bring. The best way to conceptualize those actions is they are ancillary to other criminal events, and they're docketed for administrative convenience is a separate action. That would mean that a district judge could order the U. S. Attorney to not enter into a non prosecution agreement with the subject or target of an investigation unless the victims are notified and have an opportunity to weigh in. They I would phrase it just slightly differently. The government has to confer with victims when the case is matured to a point that the A five right to confer all attaches. Yeah, but my question is, if we accept your argument, that means a district judge can order the United States Attorney not to enter into a non prosecution agreement with the subject or target of investigation until all victims have been notified and have an opportunity to weigh in. Is that right? Only at first that is reasonable to do. Secondly, the case is matured to the point where there is an attorney who's been identified as the attorney for the government in the case, and we submit that also that there would be additional requirements implicit in that language, such as the completion of an investigation, drafting of charges and negotiations. And if the attorney at the United States attorney violates that order, can the United States attorney be held in contempt of court? Well, that's never happened in 16 years of the C. V. R. A. Because I'm not sure Miss Steinberg could confirm or others that could that happen if the U. S. Attorney decides that it it would hear the safety of cooperators or jeopardize the investigation to notify crime victims of the possible negotiation of a non prosecution agreement. The attorney is for the United States decides that he could not do that. The judge could hold him in contempt of court. Well, that sounds like a situation where the act wouldn't give a right to conferral because it would be unreasonable to give a right to conferral in that setting. Let me just say that the C. V. R. A. Has been on the books for 16 years, and there's never even been an action to hold the U. S. Attorney in contempt, let alone a situation where judges had to hold someone in contempt. Do you have? Yes, Mr Casso. I just wanted to give you a chance to respond to the government's what I understand stood them to be saying. We've already given this while all the rights that she's asking the court to enforce in terms of the right to confer on the co defendants. Well, there's no record on that. So I would submit if the court's going to base its termination on that, we at least begin an opportunity to brief that there's never been conferral in a meaningful way. She wants to go to the prosecutors in Florida and say, prosecute the men and women who abused me. And the U. S. Attorney's position is we can't because we've signed a non prosecution agreement. So conferral is meaningless. And the Fifth Circuit's decision in Ray Dean is very instructive on this point. They say that the right to confer has to be meaningful. That is, it has to have the potential to shape the resolution of the case. Otherwise, the prosecutors would just wrap up the case and then confer afterwards. So I want to go back to Chief Judge Pryor's question in his discussion with Miss Steinberg about the supposed two meanings of the word motion that that your interpretation gives the word motion to me. But I'm not sure I agree with that because isn't it the statute that provides that CBR emotions can also sometimes when there's no prosecution? Absolutely, that the word motion has to allow the victim to do something in a situation where no prosecution is underway. And we submit that what we did in this case, which has never been challenged procedurally by the government, was the right way to handle it. She filed an enforcement action. And then, as that action moved along, she filed the motions at the appropriate points. Judge Brands. I'm sorry, Judge Neeson. All right. First, Mr. Cassell, so sorry for mispronouncing your name. I've been calling you Cassell for a year straight and misread the minute notes to place the accent on the on the first syllable. So I'm so sorry. I outsmarted myself. Blame it on the courtroom. Yeah, right. Exactly. Ship blame. So my question is this. Would you address for me, please? Alexander versus Sandoval? Because in Santa versus Sandoval, the Supreme Court has said, and this is picking up on a point that Judge Wilson was making. We're done with implying private rights of action. You know, the court says, like substantive federal law itself, private rights of action to enforce federal law must be created by Congress. And the court says we need clear textual evidence that the that the Congress created a freestanding private right of action. Where in the CBRA has Congress clearly created a freestanding private right of action? That is, you know, a lawsuit that is that exists unconnected to any proceeding that came before it. Subsection D one. And what is tell me what D one says that creates a private right of action? Well, it says it doesn't use the term private right of action, but it is titled enforcement. So subsection D is a enforcement provision. D one. The crime victim may assert the rights described in subsection A. That was added by Congress. And if you look at the history, it was added because earlier crime victims rights laws have the problem that you're describing. They were unenforceable. But then you acknowledge, right, that the vehicle for that enforcement is something called emotion, which is distinguishable in ordinary parlance from a pleading, which is the thing under Rule three that typically launches a new piece of litigation. You go to subsection D three and what you see is that the rights described shall be asserted in the district court in which a defendant is being prosecuted or no prosecution is underway. And then the next sentence, the district court shall take up and decide any motion that is assuming that in a situation where no prosecution is underway, a victim can assert her rights. Judge Branch. I don't know. I don't have any questions. Uh, Judge, look, I can pick up where Judge Newsome left off again on the underway. So as I understand that the government, the government's position, and I think the chief referred to this earlier, too, is that underway when it comes to prosecution means a filing of some sort of complaint or charge plus an active arrest. That is what triggers a prosecution. Before that, though, where there's a charge filed or an indictment filed and there hasn't been an arrest, there is a proceeding. There is something to file something, but a prosecution is not underway. Um, why is that not a reasonable, plausible and, um, faithful interpretation of those words? Well, first of all, it reads out the statute, the words and see one that says the act applies to federal agents involved in the investigation of also, but here's and I apologize for interrupting counsel. But this is where I think Judge Newsome's question was coming out, which is, let's say I agree with you completely that the rights apply beforehand. That is a separate and distinct question from Sandoval of whether a private right of action has been created. Eso I it's not. It's not enough for me, at least to say, Well, the right applies earlier. So the It would seem to me that you need to show affirmative evidence in the text that the remedy applies pre charge or outside the context of a proceeding. Well, all of the provisions that we've been talking about D one, for example, giving victims the right to assert their rights, you would have to say, Well, they have the right to assert their rights, but not in this situation. You would be reading the C. B. R. A. To create rights without remedies. Contrary to Marbury versus Madison and a whole host of cases since then, obviously, the very purpose of the C. B. R. A. Was to give victims enforceable rights in the criminal justice process. Marbury was a case that springboard dismissed Council. You would agree that there are many federal statutes that create rights that don't necessarily have a private cause of action attached to them. That's that's not an unusual circumstance, correct? Well, I know that there are some statutes like that, but it would be, frankly, quite strange to interpret this statute, which was designed to create a Bill of Rights for crime victims to be one of those that has meaningless rights that cannot be enforced. That's what Churchill go You have any questions. Oh, it happened again. Yeah. Judge Legola. Stephanie, please stop the clock. Let's see. No questions. No questions. Okay. Sorry. Great. Judge Brasher. Um, I have no questions. We heard you. Thank you. I wanted to I feel like you put a lot of force on this notion of reasonable conferral. And how would that really work? If if, as you say, this motion could be filed outside of a prosecution, the rules of civil procedure apply to it. And then the reason that the U. S. Attorney's Office would give for not conferring is that we have this this secret deal where this guy's gonna be a cooperating for us in this other case, wouldn't wouldn't the U. S. Attorney's Office explanation and response undermine the point of not conferring? And then wouldn't I guess that's one question. And the second question is, wouldn't the fact that you at you argue that there would be discovery? Wouldn't that also undermine the discretion to have that kind of agreement? Let me take your second question first. I believe this is the only case in the 16 year history of the C. V. R. A. Where discovery has been necessary. And that's because the government obstreperous we refused to stipulate to the facts that happened for no reason that's apparent in the record other than the fact that they would have been embarrassed if some of the information had come out earlier. So discovery is not a normal feature of the C. V. R. A. This is a one once in a 16 year situation. Now, going back to your earlier point, as you suggest, the rules of civil procedure could apply. The rules of civil procedure provide for sealed pleadings and appropriate cases. And the circumstance that you described might well be one of those. If I could also take this opportunity, you mentioned the possibility. I want to make sure that Judge Joe Flat doesn't have any questions. Judge Joe, if you have a question, you're muted. You're still muted. No question. Okay. Um, and Judge Hold. Do you want Mr Soda finished? Or do you want to ask a question? It may finish and I have a short question. Go ahead. Okay, that sounds good. My understanding is that the O. L. C. Opinion was not a notice and comment proceeding. They want to notice that it immediately drew was a few months after it came out. Judge Kyle wrote an angry letter to the Justice Department explaining that they were misinterpreting the law, and I assume those kind of comments would have been provided earlier on. If the O. L. C. Opinion had been circulated for comment other than just being what seems to be, frankly, a litigation driven document designed to help it win this case and avoid answering embarrassing questions about why this non prosecution agreement was signed. My question is about the enforcement mechanism or private right action. However, you want to phrase it. I think enforcement mechanism perhaps works here. But the comment about if no prosecution is underway, doesn't that have to be read with the very next phrase? If no prosecution is underway in the district court in the district in which the crime occurred so that suggests that doesn't have it can apply free charge. Can you address that? I think you're absolutely right. And if I could just take the opportunity to direct your attention to the next sentence, if the district court denies the relief soft, let me underscore that again. Relief soft. Congress has said that victims can seek relief. Now, if that isn't a private cause of action or whatever, I think you're right. Enforcement action is probably a better way of putting it. But Congress, I think, would be startled to hear people discussing this morning that victims would not be able to obtain quote relief close quote in situations where their rights were not being respected. Okay, Mr. So, um, we have your argument. We appreciate you presenting it this morning. Both sides. It's well argued. Um, we are adjourned.